**Sandra Violeta Ramirez MAZARIEGOS,**
*Petitioner,*

v.

**Eric H. HOLDER, Jr., Attorney General, Respondent.**

No. 09–70543.

United States Court of Appeals, Ninth Circuit.

Submitted March 6, 2012.*

Filed March 13, 2012.

Sandra Violeta Ramirez Mazariegos, Bakersfield, CA, pro se.

Jane Tracey Schaffner, Oil, DOJ–U.S. Department of Justice, Washington, DC, Ronald E. Lefevre, Office of the District Counsel, Department of Homeland Security, San Francisco, CA, for Respondent.

---

* This disposition is not appropriate for publication and is not precedent except as provided by 9th Circuit Rule 36–3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Before: B. FLETCHER, REINHARDT, and TASHIMA, Circuit Judges.

## MEMORANDUM **

Sandra Violeta Ramirez Mazariegos, a native and citizen of Guatemala, petitions pro se for review of the Board of Immigration Appeals' ("BIA") decision denying her motion to reopen. We have jurisdiction under 8 U.S.C. § 1252. We review for abuse of discretion the denial of a motion to reopen, and we review de novo claims of ineffective assistance in immigration proceedings, *Mohammed v. Gonzales*, 400 F.3d 785, 791–92 (9th Cir.2005). We grant the petition for review and remand.

The BIA abused its discretion when it denied Mazariegos's motion to reopen for failure to establish prejudice, because Mazariegos presented a plausible claim for relief, and her notary's failure to file a brief to the BIA may have affected the outcome of her removal proceedings. *See Singh v. Holder*, 658 F.3d 879, 887 (9th Cir.2011).

## PETITION FOR REVIEW GRANTED; REMANDED.

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).